**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William M. Wunderlich
United States Magistrate Judge
Yosemite, California

                          RE:    Jake YOUNGDALE
                                  Docket Number: 6:04M00208-01
                                  **REQUEST FOR DISMISSAL OF WARRANT
                                  AND TERMINATION OF SUPERVISION**

Your Honor:

On September 7, 2005, a summons was issued for the offender to appear before Your Honor on November 15, 2005, in the Yosemite Magistrate Court to answer charges he violated the terms and conditions of his Deferred Entry of Judgment Probation. The offender failed to appear for the hearing and a $360 warrant, cash only, was issued for Mr. Youngdale's arrest, the $360 being the outstanding amount of restitution, and the basis for the violation. On January 30, 2006, the offender paid the balance in full.

It is respectfully recommended the Probation Form 12C filed with the Court on September 7, 2005, be dismissed without prejudice, the outstanding warrant be recalled, the offender's guilty plea not be accepted, and the case dismissed.

If you require any additional information regarding this matter, please do not hesitate to contact me at (209) 574-9481.

                                              Respectfully submitted,

                                              /s/ Casey Horner, Sr.

                                            **CASEY HORNER, SR.
                                         Senior United States Probation Officer**

Re:     Jake YOUNGDALE
        Docket Number:   6:04M00208-01
        **REQUEST FOR DISMISSAL OF WARRANT**


Dated:      February 6, 2006
            Modesto, California
            CKH:lr

**REVIEWED BY:**     /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

cc:     Elizabeth Waldow
        Legal Officer

        Robert A. Cassio
        Defense Counsel


AGREE:     X                               DISAGREE: _____

_____
**William M. Wunderlich**                                  DATE
**United States Magistrate Judge**

IT IS SO ORDERED.

**Dated:   February 9, 2006**              /s/  William M. Wunderlich
mmkd34                                UNITED STATES MAGISTRATE JUDGE